IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>**1) DOMINGO DIAZ-HERRERA** a/k/a "Menito" a/k/a "Manito" a/k/a "Mingo" a/k/a René Díaz-Morla a/k/a Domingo Díaz-Suazo<br>2) JORGE BERRIOS MIRANDA a/k/a "Yoyo"<br>3) OBEL CRUZ-PEREZ a/k/a "Armani" a/k/a "Ovelito"<br>Defendant | CRIMINAL 08-0311CCC |

# O R D E R

Having considered the Report and Recommendation filed on July 11, 2011 (**docket entry 181**) on a Rule 11 proceeding of defendant Domingo A. Díaz-Herrera (1) held before U.S. Magistrate Judge Bruce J. McGiverin on July 11, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Domingo Díaz-Herrera (1) is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 11, 2011. The **sentencing hearing is set for October 12, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 8, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge